AO 243    (Rev. 2/95)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
SENTENCE BY A PERSON IN FEDERAL CUSTODY

| **United States District Court** | District _Western District of New York_ |
|---|---|
| Name of Movant _William A. Quinones_ | Prisoner No. _3688551O_  Case No. _23 CR 20_ |

Place of Confinement _U.S.P. McCreary, P.O.Box 3000, Pine Knot, Ky 42635_

UNITED STATES OF AMERICA    v.  _William A. Quinones_
(name under which convicted)

## MOTION

1.  Name and location of court which entered the judgment of conviction under attack _Federal, Buffalo, N.Y. 14202_

2.  Date of judgment of conviction _5-23-2025_

3.  Length of sentence _Life_

4.  Nature of offense involved (all counts) _Count 1, Transportation of a minor with the intent to engage in any sexual activity for which any person could be charged with a criminal offense. Count 2 sex trafficking of a minor._

5.  What was your plea?  (Check one)
    (a) Not guilty    [✓]
    (b) Guilty        [ ]
    (c) Nolo contendere [ ]

    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

    _____

    _____

6.  If you pleaded not guilty, what kind of trial did you have?  (Check one)
    (a) Jury       [✓]
    (b) Judge only [ ]

7.  Did you testify at the trial?
    Yes [ ]    No [✓]

8.  Did you appeal from the judgment of conviction?
    Yes [✓]    No [ ]

AO 243    (Rev. 2/95)

9.  If you did appeal, answer the following:

(a) Name of court  Second Circuit Court of Appeals.    N.Y. 10007

(b) Result  Transcripts held up by WDNY courts, still-

(c) Date of result  -Pending, see attached.

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐    No ☑

11. If your answer to 10 was "yes," give the following information:

(a)  (1) Name of court _____

(2) Nature of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(b)  As to any second petition, application or motion give the same information:

(1) Name of court _____

(2) Name of proceeding _____

(3) Grounds raised _____

_____

_____

_____

_____

(4) Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐    No ☐

(5) Result _____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

(1) First petition, etc.    Yes ☐    No ☐

(2) Second petition, etc.    Yes ☐    No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12.    State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION: If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(4)

AO 243      (Rev. 2/95)

(c)  Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d)  Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e)  Conviction obtained by a violation of the privilege against self-incrimination.

(f)  Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g)  Conviction obtained by a violation of the protection against double jeopardy.

(h)  Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i)  Denial of effective assistance of counsel.

(j)  Denial of right of appeal.



A.  Ground one: unconstitutional failure to disclose evidence favorable to the defendant by prosecution

Supporting FACTS (state briefly without citing cases or law): only reseaved part of discovery(3) three days before trial, when magistrate McCarthy ordered a dead line to discovery by march 29th 2023. (Verbal & written objection, with tracking # number, in letter of legal mail package, and box size.)

B.  Ground two: Due Process violation, unbalanced rule 414, misleading and confusing issues.

Supporting FACTS (state briefly without citing cases or law): false testimoney by taya step allowed into trial when my rap sheet showed I was in prison when she claimed I comitted the crime. Jazmins testimony conflicts with Alleged main victum of case. Angelinas testimony conflicts with state indictment interview.

C.  Ground three: Due process violation, PSI inacurate, Points from 30 years ago, & Double jeopardy.

Supporting FACTS (state briefly without citing cases or law): The PSI included testimony proven false at trial, a plea from 94 was seperated and used for points seperately that was originally one concurent sentence. (written objection to PSI but no relief given.) State side of same case

(5)

AO 243     (Rev. 2/95)

used for points before it was finallized in state court.

D.  Ground four: *inaffective assistance of counsel and Prosecutorial misconduct*

Supporting FACTS (state *briefly* without citing cases or law): counsel refused to interview witnesses in my favor; my wife & Alleged victums boy friend and mother. wrote frivolis motion against serch warrant to get additional time for DA. said he had appeal to get more time for DA. Did not question conflicting testimony from State Angelinas on stand. Didn't impeach witness when caught lying. Prosecution relesed false news to chanell 4. At trial called me a cirial rapest. (causing a biased Jury) ↗

13.  If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: 

14.  Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes  ☑️      No  ☐

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a)  At preliminary hearing  Carla Benz, PD. 300 pearl street, Suite 200, Buffalo, N.Y. 14202

(b)  At arraignment and plea  Carla Benz, 300 pearl St. Suite 200, Buffalo, N.Y. 14202.

(c)  At trial  Andrew Brautigam, ESQ. 32 White St. P.O. Box 210, Fredonia, N.Y. 14063.

(d)  At sentencing  Thomas J. Eoannou, Cornell mansion 484 Delaware Ave. Buffalo N.Y. 14202

AO 243    (Rev. 2/95)

(e)  On appeal  Thomas J. Eoannou, Cornell mansion, 484 Delaware Ave. Buffalo, N.Y. 14202

(f)  In any post-conviction proceeding _____

_____

(g)  On appeal from any adverse ruling in a post-conviction proceeding _____

_____

16.  Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes  ✔    No  ☐

17.  Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes  ✔    No  ☐

(a)  If so, give name and location of court which imposed sentence to be served in the future:  Chautaqua County, mayville N.Y. criminal court. Judge foley. IND-70435-23/001

(b)  Give date and length of the above sentence:  Two terms of ten years consecutive to run cuncurently with federal sentence of life.

(c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes  ✔    No  ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

2-11-26
_____
Date

_____
Signature of Movant

(7)